**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Felipe De Jesus CHAVOYA, Defendant–Appellant.**

No. 14–50196.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2015.*

Filed March 18, 2015.

Bruce R. Castetter, Assistant U.S. Attorney, Michelle Lynn Maisto, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jeremy D. Warren, Warren & Burstein, San Diego, CA, for Defendant–Appellant.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Felipe de Jesus Chavoya appeals from the district court's judgment and challenges the 42–month sentence imposed following his guilty-plea conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Chavoya contends that his sentence is substantively unreasonable in light of his history and circumstances. The district court did not abuse its discretion in imposing Chavoya's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The above-Guidelines sentence is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586; *see also United States v. Gutierrez–Sanchez,* 587 F.3d 904, 908 (9th Cir.2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.